ANNIE KEEFE, Respondent, *v.* GEORGE W. LEE et al., Appellants.

*Keefe* v. *Lee*, 121 App. Div. 902, affirmed.
(Argued November 30, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 9, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages for an alleged assault.

*Theodore E. Hancock* for appellants.

*William L. Barnum* and *Edwin M. Wells* for respondent.

Judgment affirmed, with costs, on the ground that while we think that the admission of evidence of a previous suit for an assault by defendant, over his objection, was clearly erroneous, nevertheless as the evidence is ample and conclusive as to the assault perpetrated by the defendant, the court, in its power, overlooks the error and affirms the judgment; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARLETT, HISCOCK and CHASE, JJ.